THE LEXINGTON.

(Circuit Court of Appeals, Second Circuit. January 15, 1919.)

No. 118.

Appeal from the District Court of the United States for the Southern District of New York.

Suit for collision by Judson L. Hamilton, master of the schooner Stetson, against the steamer Lexington. Decree for respondent, and libelant appeals. Affirmed.

For opinion below, see 256 Fed. 63.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark, of New York City, of counsel), for appellee.

Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.